PAUL F. PETRUS, Appellant, v. RAYMOND SPECTOR et al., Respondents.— The motion involved on this appeal was not addressed to the sufficiency of the complaint but was made under rule 103 of the Rules of Civil Practice to strike matter from the complaint as irrelevant. On such a motion we do not pass upon the sufficiency of the complaint, or any part thereof, but only upon the relevancy of the matter challenged to the purported cause of action. Plaintiff purports to allege a fraudulent conspiracy to swindle him, consisting of inducing his investment in the corporation by false pretenses and squeezing him out by duress and fraud. The allegations challenged do not appear to be irrelevant to such a cause of action. Order unanimously reversed, with $20 costs and disbursements to appellant, and the motion denied. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

MEIMI LICCIARDI, Respondent, v. CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

HATTIE M. ROTH, Appellant, v. LYNWOOD NURSING HOME, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

NEW YORK INDUSTRIES, INC., et al., Appellants, v. JOHN ABOOD, Doing Business as M. ABOOD, Respondent. (Action No. 1.) JOHN ABOOD, Doing Business as M. ABOOD, Respondent, v. KAPLAN PRODUCTS & TEXTILES, INC., Appellant. (Action No. 2.) — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. There are sufficient common issues of law and fact in these cases to warrant consolidation. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.